DEPEW GILLEN RATHBUN & MCINTEER LC
8301 E. 21st Street North, Suite 450
Wichita, KS 67206-2936
Telephone: (316) 262-4000
Email: Randy@depewgillen.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THE BEHRENDS REVOCABLE TRUST, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 20-1209-DDC-ADM<br>) |
| CITY OF GREAT BEND, KANSAS;<br>ESFELD CONSTRUCTION; and<br>PROFESSIONAL ENGINEERING<br>CONSULTANTS | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**NOTICE OF POTENTIAL SETTLEMENT WITH
DEFENDANT CITY OF GREAT BEND AND
UNOPPOSED MOTION TO STAY DEADLINES**

COME NOW the Plaintiffs and notify the Court that the City of Great Bend and Plaintiffs have reached a potential settlement in this matter.[1]

A settlement with the City would remove the jurisdictional basis for this case. Assuming the release language can be agreed upon, the Plaintiffs and the

---

[1] The parties have agreed upon the amount of settlement and are working on a release and settlement agreement that should be achieved in the next ten days.

City of Great Bend would move for dismissal with prejudice of all claims against the City of Great Bend only.

Plaintiffs would respectfully ask the Court to enter an order staying all deadlines for two weeks in the event the plaintiffs and City cannot agree on the settlement language. Defense counsel had indicated that they have no opposition to this request.

                              Respectfully submitted,

                              DEPEW GILLEN RATHBUN & MCINTEER LC

                              /s/Randall K. Rathbun
                              Randall K. Rathbun #09765
                              8301 E. 21st Street N., Suite 450
                              Wichita, KS 67206-2936
                              (316) 262-4000
                              Randy@depewgillen.com
                              *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of January, 2023, the above and foregoing **Notice of Poetntial Settlement with Defendant City of Great Bend and Motion for Extension of Deadline** filed via ECF and notice sent to:

Alan L. Rupe
Matthew S. Jensen
Lewis Brisbois Bisgaard & Smith LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
*Attorneys for Defendant City of Great Bend*

Wyatt A. Hoch
Foulston Siefkin LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
*Attorneys for PEC*

/s/Randall K. Rathbun
Randall K. Rathbun #09765